IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| James Darnell Scott, #269988 | |
| vs. | **DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| | 0:14-03984-BHH-PJG |
| Daniel Cotter, Perry Correctional Institution Contraband Officer; Ofc. Burzinski, Perry Correctional Institution Contraband Officer; Ofc. Rivera, Perry Correctional Institution Contraband Officer, | |
| Defendants. | |

## ARGUMENT I.

**Plaintiff has not shown a denial of access to the Courts.**

Plaintiff alleges in response to the Defendants' Motion for Summary Judgment that a witness list was taken by contraband officers along with contact information. It is clear from the affidavits of Officer Rivera and Sergeant Burzinski that Plaintiff had two Bibles which contained different SCDC names and numbers, websites and unknown symbols ( Cotter Aff. ¶ 4; Rivera Aff. ¶ 2; Burzinski Aff. ¶ 4). The Defendants also attach a copy of Officer Rivera's incident report (Rivera Aff. Exhibit A). If this information was related to Plaintiff's lawsuit, it should have been in Plaintiff's legal box rather than hidden in a Bible. In that context, it was seized as contraband, especially since the materials included websites and unknown symbols.

Plaintiff also states "upon information and belief" that Lieutenant Cotter talked to Officer Rivera and Sergeant Burzinski. Plaintiff has presented no direct evidence that Lieutenant Cotter had any discussions concerning the Plaintiff with any other officers.

Finally, it is clear that Plaintiff admits that he voluntarily dismissed the action filed against Lieutenant Cotter. Plaintiff cannot show that any actions of the Defendants limited or denied his access to the courts. Even if Plaintiff's allegations are true, Plaintiff has presented no evidence that he requested a continuance or other relief from the court to allow him to contact witnesses and prosecute the case. As Plaintiff cannot show a denial of access to the court or actual injury, the Defendants are entitled to summary judgment on this issue.

**ARGUMENT II.**

**Defendants have not retaliated or infringed on Plaintiff's First Amendment rights.**

As stated above, it is clear that the Plaintiff has not been denied access to the courts. Plaintiff asserts that his First Amendment rights have been violated by interference with his lawsuit. The Defendants assert that Plaintiff does not state a valid cause of action for denial of First Amendment rights concerning the lawsuit. The Defendants are entitled to summary judgment on this issue.

Respectfully submitted,

DOYLE, TATE & MCDADE, PA.

By: S/J. Victor McDade

J. Victor McDade
Fed. ID No. 2790
Attorneys for the Defendants
Post Office Box 2125
Anderson, SC 29622
(864) 224-7111

Dated: June 29, 2015