IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| James Darnell Scott, #269988, | |
| Plaintiff, | ***STIPULATION OF DISMISSAL with Prejudice*** |
| vs. | 0:14-03984-BHH-PJG |
| Daniel Cotter, Perry Correctional Institution Contraband Officer; Ofc. Burzinski, Perry Correctional Institution Contraband Officer; Ofc. Rivera, Perry Correctional Institution Contraband Officer, | |
| Defendants. | |

Attached as an exhibit is the signed Stipulation of Dismissal in this action

DOYLE, TATE & MCDADE, P.A.

s/ J. Victor McDade
J. Victor McDade
Fed. ID No. 2790
Post Office Box 2125
Anderson, SC 29622
Attorney for the Defendants

Dated: December 15, 2015