IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| James Darnell Scott, #269988,<br><br>Plaintiff,<br><br>vs.<br><br>Daniel Cotter, Perry Correctional Institution Contraband Officer; Ofc. Burzinski, Perry Correctional Institution Contraband Officer; Ofc. Rivera, Perry Correctional Institution Contraband Officer,<br><br>Defendants. | ***STIPULATION OF DISMISSAL with Prejudice***<br><br>0:14-03984-BHH-PJG |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the undersigned *Pro Se* Plaintiff and attorney for the Defendants hereby stipulate that the Complaint in this action is hereby dismissed with prejudice.

WE CONSENT:

James Darnell Scott
*Plaintiff Pro Se*

J. Victor McDade
Fed ID#29646
Attorney for the Defendants